Kenneth P. Eggers (AK Bar No. 7310043)
   Email:  eggersk@groheggers.com
David A. Devine (AK Bar No. 7906015)
   Email:  devined@groheggers.com
GROH EGGERS, LLC
2600 Cordova Street - Suite 110
Anchorage, AK  99503
Phone:  (907) 562-6474
Fax:     (907) 562-6044

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNION OIL CO. OF CALIFORNIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  3:10-cv-0269-JWS |
| | ) | |
| FOREST OIL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FOREST OIL CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Forest Oil

Corporation makes the following disclosures regarding its ownership:

1.     There is no parent company of Forest Oil Corporation.

2.     No publicly held corporation owns 10% or more of the stock of Forest Oil

Corporation.

Forest Oil's Corporate Disclosure                    *Union Oil Co. v. Forest Oil Corp.*
Page 1 of 2                                                   Case No. 3:10-cv-0269-JWS
Case 3:10-cv-00269-SLG   Document 5   Filed 12/17/10   Page 1 of 2

Respectfully submitted this 17th day of December, 2010.

GROH EGGERS, LLC

Attorneys for Defendant Forest Oil Corporation

By: s/ Kenneth P. Eggers                    .
    Kenneth P. Eggers (ABN 7310043)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: eggersk@groheggers.com

By: s/ David A. Devine                    .
    David A. Devine (AK Bar No. 7906015)
    GROH EGGERS, LLC
    2600 Cordova Street, Suite 110
    Anchorage, AK 99503
    Phone: (907) 562-6474
    Fax: (907) 562-6044
    E-Mail: devined@groheggers.com

I HEREBY CERTIFY that on December 17, 2010,
a copy of the foregoing was served **electronically** on:

James N. Leik, Esq.
PERKINS COIE LLP
Attorneys for Plaintiff

  s/ David A. Devine            .

Forest Oil's Corporate Disclosure          *Union Oil Co. v. Forest Oil Corp.*
Page 2 of 2                    Case No. 3:10-cv-0269-JWS
Case 3:10-cv-00269-SLG   Document 5   Filed 12/17/10   Page 2 of 2