James D. Linxwiler
Alaska Bar No. 7705185
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299
jlinxwiler@guessrudd.com

Attorneys for Plaintiff
Hilcorp Alaska, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILCORP ALASKA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOREST OIL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:10-cv-00269-SLG |

## STIPULATION FOR DISMISSAL

Hilcorp Alaska, LLC and Forest Oil Corporation, pursuant to Federal R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this matter with prejudice, each party to bear its own costs and fees.

DATED at Anchorage, Alaska, this 31st day of August, 2012.

    GUESS & RUDD P.C.
    Counsel for Hilcorp Alaska, LLC

    */s/ James D. Linxwiler*
    James D. Linxwiler
    Alaska Bar No. 7705185
    GUESS & RUDD P.C.
    510 L Street, Suite 700
    Anchorage, Alaska 99501
    Telephone: (907) 793-2200
    Facsimile: (907) 793-2299
    jlinxwiler@guessrudd.com

DATED at Seattle, Washington, this 31st day of August, 2012.

    SUSMAN GODFREY LLP
    Counsel for Forest Oil Corporation

    /s/ *Matthew R. Berry* (by consent)
    Matthew R. Berry
    Washington Bar No. 37364
    SUSMAN GODFREY LLP
    1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
    Telephone: (206) 373-7394
    Facsimile: (206) 516-3883
    mberry@susmangodfrey.com

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2012, a copy
of the foregoing document was served electronically on the following:

David A. Devine
Geoffrey L. Harrison
Greg C. Laswell
Kenneth P. Eggers
Kenneth S. Marks
Matthew R. Berry
Parker C. Folse, III

Guess & Rudd P.C.

By: */s/James D. Linxwiler*
F:\DATA\6290\2\Pleadings\Stipulation for Dismissal.doc